PROB 12B
(7/93)

Report Date: September 13, 2006

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 1 4 2006

JAMES R. LARSEN, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender:  Irvin Fentroy

Case Number: 2:00CR00145-001

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea

Date of Original Sentence:  12/1/2000

Type of Supervision: supervised release

Original Offense: Felon in Possession of a Firearm,
18 U.S.C. § 922(g)

Date Supervision Commenced: 09/13/2006

Original Sentence:  Prison - 84 Months; TSR - 100
Months

Date Supervision Expires: 09/12/2009

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

16    You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as
      directed by the supervising probation officer, but no more than six tests per month, in order to confirm
      continued abstinence from these substances.

## CAUSE

Pursuant to Ninth Circuit case law, U.S. v Stephens, the undersigned officer is requesting the above modification with
the offender's consent.

Respectfully submitted,

by  *[signature]*
_____
Matthew Thompson
U.S. Probation Officer
Date:  September 13, 2006

Prob 12B
**Re:  Fentroy, Irvin**
**September 13, 2006**
**Page 2**

THE COURT ORDERS

[  ]    No Action
[  ]    The Extension of Supervision as Noted Above
[X]    The Modification of Conditions as Noted Above
[  ]    Other

_____
Signature of Judicial Officer

9/14/06

_____
Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

16   You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

Witness: _____
Matthew Thompson
U.S. Probation Officer

Signed: _____
Irvin Fentroy
Probationer or Supervised Releasee

September 13, 2006
Date